IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> v. <br><br> CANON INC., *et al.* | 2:12-cv-00043-MHS-CMC |

GEOTAG, INC.'S RESPONSE TO DEFENDANT CANON USA, INC.'S
MOTION TO EXTEND THE DEADLINE TO FILE A MOTION TO TRANSFER

On June 20, 2012, counsel for Defendant Canon USA, Inc., contacted counsel for Plaintiff GeoTag, Inc., requesting a 30-day extension of the deadline to file a motion to transfer. GeoTag's counsel informed counsel for Canon that it was opposed to such an extension. GeoTag's counsel, however, informed Canon's counsel that GeoTag would make a special exception in this one instance and agree to a three business day extension of the deadline for Canon to file a motion to transfer as a personal accommodation to Canon's counsel, who worked with Plaintiff's counsel at his previous law firm.

Dated: June 21, 2012                    Respectfully submitted,

                                      **BUETHER JOE & CARPENTER, LLC**

                                      By:  */s/ Eric W. Buether*
                                             Eric W. Buether
                                             State Bar No. 03316880
                                           Eric.Buether@BJCIPLaw.com
                                           Christopher M. Joe
                                           State Bar No. 00787770
                                         Chris.Joe@BJCIPLaw.com
                                         Brian A. Carpenter
                                         State Bar No. 03840600
                                         Brian.Carpenter@BJCIPLaw.com
                                         Mark D. Perantie
                                         State Bar No. 24053647
                                         Mark.Perantie@BJCIPLaw.com
                                         Niky Bukovcan
                                         State Bar No. 24078287
                                         Niky.Bukovcan@BJCIPLaw.com
                                         Monica Tavakoli
                                         State Bar No. 24065822
                                         Monica.Tavakoli@BJCIPLaw.com

                                         1700 Pacific Avenue, Suite 4750
                                         Dallas, Texas 75201
                                         Telephone:    (214) 466-1271
                                         Facsimile:    (214) 635-1827

                                      **NI LAW FIRM, PLLC**

                                         Hao Ni
                                         State Bar No. 24047205
                                         hni@nilawfirm.com

                                         3102 Maple Avenue
                                         Suite 400
                                         Dallas, Texas  75201
                                         Telephone:    (214) 800-2208
                                         Facsimile:    (214) 800-2209

                                      **ATTORNEYS FOR PLAINTIFF**
                                      **GEOTAG, INC.**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 21st day of June, 2012.  Any other counsel of record will be served by facsimile transmission.

                                                */s/ Eric W. Buether*
                                                Eric W. Buether

Case 2:12-cv-00043-MHS   Document 29   Filed 06/21/12   Page 3 of 3 PageID #: 309

**GEOTAG, INC.'S RESPONSE TO DEFENDANT CANON USA, INC.'S
MOTION TO EXTEND THE DEADLINE TO FILE A MOTION TO TRANSFER**       **Page 3**