
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CANON INC., <br><br> *Defendants*. | Civil Action No. 2:12-cv-043 <br><br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF
## DEFENDANT CANON INC. WITHOUT PREJUDICE

Plaintiff GeoTag, Inc., ("GeoTag") and Canon U.S.A., Inc. ("Canon U.S.A.") file this Stipulated Dismissal of Defendant Canon Inc. ("Canon") without prejudice in this action as follows:

### STIPULATED RELIEF REQUESTED

The stipulating parties hereby stipulate to and request the following relief be granted:

GeoTag and Canon U.S.A. stipulate to and request that Canon be dismissed from this action without prejudice.

For the purposes of this litigation only, Canon U.S.A. stipulates that: i) it shall not argue that GeoTag should have brought its claims for patent infringement against Canon in order to collect any damages that might be awarded to GeoTag by the Court from Canon U.S.A. for alleged infringement of the patent-in-suit; ii) that the dismissal agreed to herein shall not affect GeoTag's ability to recover awarded damages, if any, from Canon U.S.A.

GeoTag stipulates that, except as expressly stated above in this stipulation with respect to damages if any, Neither Canon nor Canon U.S.A. are waiving any available procedure or defense available to it in law or equity in this case.

Furthermore this Stipulation shall not constitute or imply an admission of liability for infringement of the asserted patents by either Canon or Canon U.S.A.

DATED June 21, 2012.                    Respectfully submitted,

By: \s\ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

**NI LAW FIRM, PLLC**

3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 800-2209

**BUETHER JOE & CARPENTER, LLC**

Christopher M. Joe
Texas State Bar No. 00787770
E-mail: Chris.Joe@bjciplaw.com
Eric W. Buether
Texas State Bar No. 03316880
E-mail: Eric.Buether@bjciplaw.com
Brian A. Carpenter
Texas State Bar No. 03840600
E-mail: Brian.Carpenter@bcjiplaw.com
Mark D. Perantie
Texas State Bar No. 24053647
E-mail: Mark.Perantie@bjciplaw.com
Niky Bukovcan
Washington State Bar No. 39403
E-mail: Niky.Bukovcan@bjciplaw.com

1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201

Phone: (214) 466-1272
Fax: (214) 466-1828

**ATTORNEYS FOR PLAINTIFFS
GEOTAG INC. AND GEOTAG, INC.**

**GREENBERG TRAURIG, LLP**

*/s/ Kimberly A. Warshawsky*
Mary-Olga Lovett
lovettm@gtlaw.com
State Bar No. 00789289
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone:  713-374-3541
Facsimile:  713-374-3505

Michael A. Nicodema (*pro hac vice*)
Attorney in Charge
nicodemam@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
PO Box 677
Florham Park, New Jersey 07932
Telephone:  973-360-7900
Facsimile:  973-301-8410

Jim DeCarlo (*pro hac vice* app. forthcoming)
decarloj@gtlaw.com
Jonathan Dunsay (*pro hac vice* app. forthcoming)
dunsayj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

                                          Kimberly A. Warshawsky
                                          warshawskyk@gtlaw.com
                                          GREENBERG TRAURIG, LLP
                                          2375 East Camelback Road, Suite 700
                                          Phoenix, Arizona 85016
                                          Telephone: 602-445-8000
                                          Facsimile: 602-445-8100

                                          **ATTORNEYS FOR DEFENDANT**
                                          **CANON U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of June, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        */s/  Stevenson Moore*
                                        Stevenson Moore