IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 2:12-cv-043-MHS |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| CANON INC. and, | § | |
| CANON U.S.A., INC., | § | |
| | § | |
| Defendants. | § | |

**GEOTAG, INC.'S RESPONSE TO DEFENDANT
CANON U.S.A., INC.'S MOTION TO STAY**

Plaintiff GeoTag, Inc. ("GeoTag") hereby files its Response to Defendant Canon U.S.A., Inc.'s ("Canon U.S.A.") Motion to Stay filed on June 14, 2012, Dkt. No. 25.  Because Canon U.S.A.'s Stay request has been extensively briefed in related actions involving GeoTag, GeoTag incorporates by reference the prior briefing as follows, along with the following exhibits attached hereto:

| Exhibit[1] | Title | Date | Dkt. No.[2] |
|---|---|---|---|
| A | GeoTag, Inc.'s Response in Opposition to the Motion to Stay Filed by Certain Defendants | 07/12/2011 | 320 |
| B | GeoTag, Inc.'s "Corrected" Response to Moving Defendants' Motion to Stay | 03/07/2012 | 483 |
| C | GeoTag, Inc.'s Sur-Reply in Opposition to Moving Defendants' Renewed Motion to Stay | 03/21/2012 | 490 |
| D | GeoTag, Inc.'s Response to Movants' Notice of Additional Authority | 4/3/2012 | 494 |
| E | GeoTag, Inc.'s Response to Defendants' Motion to Stay | 6/18/2012 | 368 |

---

[1] Due to CM/ECF file size limitations, only the prior briefing is attached hereto.  The prior exhibits may be found attached to the briefing in the related actions as identified by the Dkt. No. referenced in the chart.

[2] The citations for Exhibits A–D are to Case No. 2:10-cv-574.  The citation for Exhibit E is to Case No. 2:11-cv-405.  Identical versions of these documents can be found in the related GeoTag cases.

For the reasons set forth in the attached briefing, GeoTag respectfully requests that the Court deny Canon U.S.A.'s Motion to Stay.

Dated:  July 2, 2012                              Respectfully submitted,

                                  **BUETHER JOE & CARPENTER, LLC**

By:  */s/ Monica Tavakoli*
     Christopher M. Joe (Lead Counsel)
     State Bar No. 00787770
     Chris.Joe@BJCIPLaw.com
     Eric W. Buether
     State Bar No. 03316880
     Eric.Buether@BJCIPLaw.com
     Brian A. Carpenter
     State Bar No. 03840600
     Brian.Carpenter@BJCIPLaw.com
     Monica Tavakoli
     State Bar No. 24065822
     Monica.Tavakoli@BJCIPLaw.com
     Mark D. Perantie
     State Bar No. 24053647
     Mark.Perantie@BJCIPLaw.com
     Niky Bukovcan
     State Bar No. 24078287
     Niky.Bukovcan@BJCIPLaw.com

     1700 Pacific Avenue
     Suite 4750
     Dallas, Texas 75201
     Telephone:     (214) 635-1839
     Facsimile:     (972) 656-0967

**NI LAW FIRM, PLLC**

     Hao Ni
     State Bar No. 24047205
     hni@nilawfirm.com

     3102 Maple Avenue
     Suite 400
     Dallas, Texas  75201
     Telephone:     (214) 800-2208
     Facsimile:     (214) 800-2209

          **THE LAW OFFICES OF YOUNG PICKETT**

          Damon M. Young
          State Bar No. 22176700
          dyoung@youngpickettlaw.com

          4122 Texas Boulevard
          P.O. Box 1897
          Texarkana, Texas  75504
          Telephone:     (903) 794-1303
          Facsimile:      (903) 792-5098

          **ATTORNEYS FOR PLAINTIFF GEOTAG, INC.**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 2nd day of July, 2012.  Any other counsel of record will be served by facsimile transmission.

          */s/ Monica Tavakoli*
          Monica Tavakoli